**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Melanie Taylor, Petitioner,

v.

Converse College, Respondent.

Appellate Case No. 2013-000125

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Spartanburg County
The Honorable J. Derham Cole, Circuit Court Judge

---

Memorandum Opinion No. 2014-MO-046
Heard November 20, 2014 – Filed December 3, 2014

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Nancy Bloodgood and Lucy C. Sanders, of Foster Law Firm, LLC, of Charleston, for Petitioner.

Thomas H. Keim, Jr., of Ford & Harrison, LLP of Spartanburg, for Respondent.

---

**PER CURIAM:** We granted a writ of certiorari to review the court of appeals' decision in *Taylor v. Converse College*, Op. No. 2012-UP-601 (S.C. Ct. App. Nov. 7, 2012). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**

**PLEICONES, Acting Chief Justice, BEATTY, HEARN, JJ., and Acting Justices James E. Moore and Paul M. Burch, concur.**